**Otterbourg** ᵖᶜ

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

**Erik B. Weinick**
Of Counsel
eweinick@otterbourg.com
212 905 3672

*1: 18-mc-10265-EJL*

October 31, 2018

**U.S. COURTS**

**NOV 0 5 2018**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Hon. Stephen W. Kenyon, Clerk of Court
United States District Court, District of Idaho
Boise Office
550 W. Fort Street, Suite 400
Boise ID 83724

Re:  *SEC v. Platinum Management (NY) LLC, et al.*, No. 16-cv-6848 (E.D.N.Y.) –
Request for Miscellaneous Filing

Dear Clerk Kenyon:

This firm is counsel to Melanie L. Cyganowski, as the Receiver (the "Receiver") for Platinum Credit Management, L.P., Platinum Partners Credit Opportunities Master Fund L.P., Platinum Partners Credit Opportunities Fund (TE) LLC, Platinum Partners Credit Opportunities Fund LLC, Platinum Partners Credit Opportunities Fund (BL) LLC, Platinum Liquid Opportunity Management (NY) LLC, Platinum Partners Liquid Opportunity Fund (USA) L.P., Platinum Partners Liquid Opportunity Master Fund L.P., Platinum Partners Credit Opportunities Fund International Ltd and Platinum Partners Credit Opportunities Fund International (A) Ltd.

The Receiver was appointed by an order dated October 16, 2017, issued by the U.S. District Court of the Eastern District of New York in the matter captioned *SEC v. Platinum Management (NY) LLC, et al.*, No. 16-cv-6848 (E.D.N.Y.) (the "Receivership Case"). In accordance with 28 U.S.C. § 754, enclosed please find a copy of the SEC complaint and the Second Amended Order Appointing Receiver, Dkt. Nos. 1 and 297 respectively in the Receivership Case, which we respectfully request that you file as miscellaneous case filings in the District of Idaho. Should you have any questions regarding this request, please contact me. Thank you for your anticipated cooperation.

Respectfully submitted,

Erik B. Weinick
NY Bar No. 4052247

Encl.

cc: Melanie L. Cyganowski, Esq., as Receiver, without enclosures

5466189.1